THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

NETTIE BALL TAYLOR
2321 Lincoln Rd, NE, #303
Washington, DC 20002-1130

    Plaintiff,

  v.                    Civil Action No.

NATIONAL CITY CHRISTIAN CHURCH
5 Thomas Circle, NW
Washington, DC 20005

    Defendant.

---

## COMPLAINT

1. Plaintiff is a former employee of defendant who alleges that she was regularly assigned to work overtime for her employer without getting compensated at time and a half rate for the additional time in violation of the Fair Labor Standards Act (hereafter FLSA), 29 U.S.C. Sec. 201 *et seq.*

## JURISDICTION

2. The Court has jurisdiction over this matter pursuant to 29 U.S.C. Sec. 216(b).

3. Venue in this district is appropriate because the defendant maintains its business in this district and all of the alleged violations occurred in this district.

## PARTIES

4. Plaintiff Nettie Ball Taylor is a US citizen over the age of 18 and resides in Washington, DC.

5. Defendant is organized as a non profit church with branches throughout the United States and the world.  Defendant has an office located in Washington, DC at 5 Thomas Circle employs more than 20 employees and is otherwise engaged in interstate commerce.

## FACTS

6. Plaintiff worked for defendant from February 2001 through April 29, 2005 as a receptionist.  The main duties of a receptionist are to answer phones, filing, monitor doors, sorting and forwarding mail, and typing.  Plaintiff was regularly scheduled to work more than 40 hour weeks and her regular rate was a little over $12 per hr during the time she worked for defendant.

7. Plaintiff's regularly scheduled hours were 8 a.m. to 6 p.m. Monday through Friday, with an hour off for an unpaid lunch.  Plaintiff also was scheduled to work and did work on Sundays from 7 a.m. till 1:30 p.m. While she was paid at a time and a half rate for overtime worked on Sundays, she was not paid at a time and a half rate for all other overtime worked but was only paid at her regular rate for those hours.

## CLAIMS

I.  DEFENDANT VIOLATED THE FLSA BY NOT COMPENSATING PLAINTIFF FOR OVERTIME WORKED

8. 29 U.S.C. § 207 (a)(1) requires an employer to pay overtime at a rate of one and a half times an employee's regular hourly rate for all hours worked in excess of 40 per week.  Although defendant regularly assigned work to Plaintiffs that ran more than 40 hour per week, defendant did not compensate her at a time and a half rate for all time spent in excess of 40 hours in violation of the FLSA.

9. Under 29 U.S.C. Sec. 216, an employer violates any of the provisions of Sec. 215 is liable for liquidated damages of twice the amount that the employee should have received in overtime pay or minimum wage unless the action was in good faith or with a reasonable belief that it was legal.  Defendant's actions were neither in good faith or with a reasonable belief that they were not in violation of the FLSA   Defendant's actions were also willful.

## RELIEF REQUESTED

WHEREFORE, the plaintiff requests this Court to grant them the following relief:

1. Direct the employer to make plaintiff whole for the overtime that she worked during her employment, at a time and one half of her regular hourly rate;

2. Direct the employer to pay liquidated damages to plaintiff for double the losses that she can prove she suffered in not being paid overtime for hours worked in excess of 40 per week;

3. Direct the employer to reimburse plaintiff for costs and reasonable attorneys fees in being forced to bring this action to secure her rights under the FLSA:

4. Direct Defendant to cease and desist from engaging in violations of the FLSA with regard to its other employees;

5. Direct Defendant to pay pre and post judgment interest on any sums determined to be owed to the plaintiff;

6. Direct such other action that this Court deems necessary to make plaintiff whole for FLSA violations in carrying out the purposes and spirit of the FLSA.

4

DEMAND FOR JURY TRIAL

Plaintiff hereby requests a trial by jury on all issues to which she is entitled to a jury trial under law.

Respectfully submitted,

_____/s/_____
Michael P. Deeds
DCB# 466815
KESTELL & ASSOCIATES
717 D Street, N.W., Suite 100
Washington, D.C. 20004
(202) 347-4481