THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------

NETTIE BALL TAYLOR

             Plaintiff,

     v.                                  Civil Action No. 05-1115 (RWR)

NATIONAL CITY CHRISTIAN CHURCH

             Defendant.

------------------------------------------------------

FILING OF PROOF OF SERVICE

      Plaintiff hereby files her proof of service in the above-referenced case.  Since the
defendant does not have a registered agent, plaintiff served the Mayor and mailed a
certified copy of the complaint and initial documents to the defendant.  (Service
documents attached.)

                      Respectfully submitted,


                     _____/s/_____
                     Michael P. Deeds
                     DCB# 466815
                     KESTELL & ASSOCIATES
                     1012--14th Street, N.W., Suite 630
                     Washington, D.C. 20005
                     (202) 347-4481