AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nettie Ball Taylor

V.

National City Christian Church

CA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:05CV01115

JUDGE: Richard W. Roberts

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 06/06/2005

TO: (Name and address of Defendant)

National City Christian Church
5 Thomas Circle, N.W.
Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael P. Deeds
Kestell & Associates
717 D St., N.W., Ste 100
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

JUN 0 6 2005
DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Nettie Ball Taylor

vs.

National City Christian Church

No. 1:05-CV-01115

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, VINCENT A. PIAZZA, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Complaint and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 08-29-1969.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:50 pm on September 19, 2005, I served The National City Christian Church c/o The Honorable Anthony Williams, Mayor of Washington, DC at 1350 Pennsylvania Avenue, NW, Washington, DC 20004 by serving Tabitha Braxton, Clerk, authorized to accept. Described herein:

```
   SEX-    FEMALE
   AGE-    42
HEIGHT-    5'4"
  HAIR-    BLACK
WEIGHT-    125
 COLOR-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 9/21/05
           Date

*Vincent A. Piazza*
VINCENT A. PIAZZA
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 158514