**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

National City Christian Church
5 Thomas Circle, N.W.
Washington, DC 20005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Loretta Hillware_    ☒ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
LORETTA HILLWARE    9/13/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7004 2510 0003 0405 0849

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540