UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NETTIE BALL TAYLOR,                )<br>                                                          )<br>            Plaintiff,                       )<br>                                                          )<br>    v.                                             )<br>                                                          )<br>NATIONAL CITY CHRISTIAN CHURCH, )<br>                                                          )<br>            Defendant.                    )<br>_____) | Civil Action No. 05-1115 (RWR) |

## CONSENT ORDER FOR SECOND ENLARGEMENT OF TIME

Plaintiff Nettie Ball Taylor filed this action on June 6, 2005 and served Defendant National City Christian Church ("NCCC") with her Complaint on September 19, 2005. Counsel for Defendant National City Christian Church and counsel for Plaintiff Taylor are currently engaged in settlement negotiations.

Upon the representation that Plaintiff has agreed to allow Defendant NCCC an extension of time until and including Monday, October 31, 2005, to file its response to Plaintiff's Complaint, it is hereby ORDERED:

(1)     That Defendant National City Christian Church shall have until and including Monday, October 31, 2005 to file its response to Plaintiff's Complaint.

ENTERED this ____ day of October , 2005.

_____
United States District Judge

FOR THIS WE ASK:

_____
Glenn D. Grant. (D.C. Bar No. 437324)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2852

COUNSEL FOR DEFENDANT
NATIONAL CITY CHRISTIAN CHURCH.

_____
Michael P. Deeds (D.C. Bar No. 466815)
KESTELL & Associates
717 D Street, N.W.,
Suite 100
Washington, D.C. 20004
(202) 347-4481

COUNSEL FOR PLAINTIFF NETTIE BALL TAYLOR

October 24, 2005

Copies to:

Glenn D. Grant. (D.C. Bar No. 437324)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2852

Michael P. Deeds (D.C. Bar No. 466815)
KESTELL & Associates
717 D Street, N.W.,
Suite 100
Washington, D.C. 20004
(202) 347-4481