UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NETTIE BALL TAYLOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL CITY CHRISTIAN CHURCH, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1115 (RWR) |

## ANSWER

Pursuant to Federal Rules of Civil Procedure 8 and 12, Defendant National City Christian Church ("Defendant" or "NCCC"), hereby answers the Complaint filed by Plaintiff Nettie Ball Taylor as follows:

Answering specifically the allegations contained in the numbered paragraphs of Plaintiff's Complaint, Defendant states:

## COMPLAINT

1.   The allegations contained in Paragraph 1 of the Complaint set forth a description of the nature of Plaintiff's cause of action and require no response.

## JURISDICTION AND VENUE

2.   The allegations contained in Paragraph 2 of the Complaint state a legal conclusion to which no response is required.

3.  The allegations contained in Paragraph 3 of the Complaint state a legal conclusion to which no response is required.

## PARTIES

4.  Defendant admits the allegations contained in Paragraph 4 of the Complaint.

5.  Defendant admits the allegations contained in Paragraph 5 of the Complaint.

## FACTS

6.  Defendant admits the allegations contained in Paragraph 6 of the Complaint.

7.  The denies the allegations contained in Paragraph 7 to the extent they suggest that Plaintiff's regularly scheduled hours were always 8 a.m. to 6. p.m., Monday through Friday, or that Plaintiff was regularly scheduled to work Sunday from 7 a.m. to 1:30 p.m. Defendant admits that it paid time and a half for over time worked on Sundays, and those worked beyond Plaintiff's regularly scheduled work week.

## CLAIMS

8.  The allegations contained in the first sentence of Paragraph 8 of the Complaint sets forth a recitation of law that requires no response, and denies that it

intentionally failed to pay any required overtime pay to Plaintiff in violation of the Fair Labor Standards Act.

9.  The allegations contained in the first sentence of Paragraph 9 of the Complaint sets forth a recitation of law that requires no response. Defendant denies the remaining allegations contained in Paragraph 9.

The remainder of the Complaint contains Plaintiff's prayer for relief which requires no response. To the extent that any portion of the prayer for relief is construed to include factual allegations, those allegations are denied.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in part by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff' is estopped from recovering on her claims, in whole or in part, based upon her own conduct.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by her failure to mitigate her damages.

Respectfully submitted,

*Glenn D. Grant /RS*
Glenn D. Grant. (D.C. Bar No. 437324)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2852

Counsel for Defendant National City Christian Church

October 31, 2005