IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLMBIA

NETTIE BALL TAYLOR

    Plaintiff,

    v.                                            C.A. No. 1:05CV1115

NATIONAL CITY CHRISTIAN CHURCH,

    Defendant

## THE PARTIES' LOCAL CIV. R. 16.3 STATEMENT

1. The parties agree that this case should be placed in the standard track. There have been no dispositive motions filed in this case thus far. The parties do anticipate summary judgment motion(s).

2. The parties do not anticipate joining any other parties. The parties do not believe that any factual or legal issues can be further narrowed at this point.

3. The parties do not agree to a magistrate judge for this case, except for mediation purposes.

4. The parties believe that there may be a realistic possibility of settling this case.

5. The parties believe that mediation may be appropriate in this case prior to discovery.

6. Plaintiff believes that this case can be resolved in part by motion for summary judgment and intends to file one soon.

The parties believe that the deadline for dispositive motions should be 45 days after the close of discovery, with oppositions due 20 days after service of dispositive motion and reply

briefs due 11 days after service of opposition.

    7.  The parties propose that initial disclosures pursuant to Rule 26(a)(1) of the F.R.Civ.P. be dispensed with.

    8.  The parties believe that discovery should close 120 days after the date of the scheduling order with the presumptive limits of the local rules imposed upon the number of depositions and interrogatories.

    9.  The parties propose that plaintiff's Rule 26(a)(2) report be served 60 days before the close of discovery with defendant's report to be served 30 days thereafter.  No experts are anticipated.

    10.  There are no class issues involved in this case.

    11.  The parties agree that neither discovery nor trial should be bifurcated.

    12.  The parties propose that a final pre-trial date be set for 120 days after the close of discovery.

    13.  Plaintiff proposes that a firm trial date be set at the first scheduling conference.

        Respectfully submitted,

        FOR THE PLAINTIFF

          /s/

        _____
        Michael P. Deeds #466815
        KESTELL & ASSOCIATES
        1012–14th St., NW, Ste 630
        Washington, DC 20005
        (202) 347-4481

                              FOR THE DEFENDANT
                                  /s/
                            _____
                            Glenn D. Grant, Esq. #437324
                            Crowell & Moring
                            1001 Pennsylvania Ave, N.W.
                            Washington, D.C. 20004-2595
                            (202) 624-2852

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

NETTIE BALL TAYLOR

   Plaintiff,

v.                                                                             C.A. No. 1:05CV1115

NATIONAL CITY CHRISTIAN CHURCH,

   Defendant

_____

SCHEDULING ORDER

UPON CONSIDERATION OF the parties' Local Civ. R. 16.3 statement, the Court enters the following scheduling order:

1. This case will be placed on the standard track.

2. Discovery will close on _____.

3. Plaintiff's 26(a)(2) report will be due on _____. Defendant's 26(a)(2) report will be due _____.

4. Dispositive motions must be filed by _____. Oppositions are due _____ and reply briefs are due _____.

5. The pre-trial conference will be held on _____. Trial will commence on _____.

_____

SO ORDERED THIS _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

cc:    Michael P. Deeds
       KESTELL & ASSOCIATES
       1012–14th St., NW, Ste 630
       Washington, DC 20005

       Glenn D. Grant, Esq.
       Crowell & Moring
       1001 Pennsylvania Ave, N.W.
       Washington, D.C. 20004-2595