**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____ )
**NETTIE BALL TAYLOR,**                )
                                    )
          **Plaintiff,**               )
                                    )
     **v.**                            ) **Civil Action No. 05-1115 (RWR)**
                                    )
**NATIONAL CITY CHRISTIAN CHURCH,**    )
                                    )
          **Defendant.**               )
_____ )

## ORDER OF REFERRAL TO MEDIATION

Based on the agreement of the parties, it is hereby

ORDERED that this case be and hereby is referred to

mediation to commence on the date this Order is filed and to

conclude on February 16, 2006.  Counsel and parties, including

persons with settlement authority, are directed to attend the

mediation sessions.  The Clerk of the Court is directed to

furnish a copy of this Order to the Circuit Executive's Office

for the purpose of assigning a mediator.  It is further

ORDERED that if this case settles in whole or in part,

plaintiffs shall advise the Court by promptly filing a

stipulation.

SIGNED this 8th day of December, 2005.


                    _____/s/_____
                    RICHARD W. ROBERTS
                    United States District Judge