IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLMBIA

NETTIE BALL TAYLOR

    Plaintiff,

v.                                       C.A. No. 1:05CV1115

NATIONAL CITY CHRISTIAN CHURCH,

    Defendant

## NOTICE

The parties in the above-captioned case have reached a settlement in principle. Therefore, the parties request that the status conference scheduled for February 17, 2006 be taken off the docket.

                                            Respectfully submitted,

                                            FOR THE PLAINTIFF

                                                /s/

                                          Michael P. Deeds #466815
                                          KESTELL & ASSOCIATES
                                          1012–14th St., NW, Ste 630
                                          Washington, DC 20005
                                          (202) 347-4481