UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**NETTIE BALL TAYLOR,**              )
                                    )
    Plaintiff,                     )
                                    )
  v.                                ) Civil Action No. 05-1115 (RWR)
                                    )
**NATIONAL CITY CHRISTIAN CHURCH,**  )
                                    )
    Defendant.                     )
_____ )

**ORDER**

The parties filed notice that they have reached a settlement. In light of that representation, it is hereby

ORDERED that this case shall be dismissed without prejudice for thirty days and the status conference scheduled for February 17, 2006 is cancelled. It is further

ORDERED that any party may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court. It is further

ORDERED that if no party moves to reopen this case within thirty days, this case shall, without further order, stand dismissed with prejudice.

SIGNED this 16th day of February, 2006.

                                                                                                                                                  /s/
                                                                           RICHARD W. ROBERTS
                                                                           United States District Judge